IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01657-PAB

SAMUEL MIGUEL ESCALANTE,

Petitioner,

v.

DAVID VENTURELLA, Acting Director of Immigration & Customs Enforcement,
GEORGE VALDEZ, Acting Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, Acting U.S. Attorney General,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and
JUAN BALTAZAR, Warden of the Aurora Detention Facility,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [7] entered on May 1, 2026 and the Order [Docket No. 18] entered on June 17, 2026 of Judge Philip A. Brimmer, it is

ORDERED that petitioner Samuel Miguel Escalante's Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that Samuel Miguel Escalante's Motion to Enforce Order [Docket No. 12] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 30th day of September, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
Deputy Clerk